STATE OF KANSAS, *Appellee*, v. RANDY L. WILCOX, *Appellant*.

No. 47,896

Opinion filed January 24, 1976.

*Michael D. Wilson*, of Alkire, Clausing & Wilkinson, of Wichita, was on the brief for the appellant.

*Curt T. Schneider*, attorney general, *Keith Sanborn*, district attorney, and *Stephen M. Joseph*, assistant district attorney, were on the brief for the appellee.

*Per Curiam*: Affirmed.


STATE OF KANSAS, *Appellee*, v. LARRY B. SHROUF, *Appellant*.

No. 47,901

Opinion filed January 24, 1976.

*James W. Wilson*, of Wichita, was on the brief for the appellant.

*Curt T. Schneider*, attorney general, *Keith Sanborn*, district attorney, and *Stephen M. Joseph*, assistant district attorney, were on the brief for the appellee.

*Per Curiam*: Affirmed.


STATE OF KANSAS, *Appellee*, v. ANTHONY L. DAVIS, *Appellant*.

No. 47,905

Opinion filed December 13, 1975.

*Michael Moline*, of Pendergraft, Cohen, Howard & Moline, of Wichita, argued the cause and was on the brief for the appellant.

*Stephen E. Robison*, assistant district attorney, argued the cause, and *Curt T. Schneider*, attorney general, *Keith Sanborn*, district attorney, and *Stephen M. Joseph*, assistant district attorney, were with him on the brief for the appellee.

FROMME, J. Affirmed.